### NAT KRAMER v. THE STATE.

*No. 647.   Decided January 19.*

**Challenge to Juror—Bill of Exceptions as to.**—A bill of exceptions reserved to the overruling of a challenge for cause to a juror, to be entitled to any consideration, must show that defendant exhausted his peremptory challenges, and that thereafter an objectionable juror was forced upon him.

APPEAL from the County Court of Tarrant.   Tried below before Hon. ROBERT G. JOHNSON, County Judge.

This appeal is from a conviction for exhibiting a faro bank for purposes of gaming, the penalty assessed being ten days' confinement in the county jail and a pecuniary fine of $50.

No statement required.

No briefs on file.

DAVIDSON, JUDGE.—Convicted of exhibiting a faro banking game, the appellant prosecutes this appeal.

There are four bills of exception reserved to the action of the court overruling the challenges for cause to certain jurors, as well as to ruling of the court in regard to certain form or phraseology of the questions propounded to one or more of said jurors.

It *is not* shown that either of the jurors sat on the jury that tried the cause. It should have been shown that appellant exhausted his peremptory challenges, and that thereafter an objectionable juror was

forced upon him. This was not shown by the bill of exception. Willson's Crim. Proc., sec. 2293.

The evidence fully supports the conviction, and there is no reason made to appear why this conviction should be set aside, and the judgment is affirmed.

*Affirmed.*

Judges all present and concurring.